FILED
2007 DEC -4 PM 12: 44

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___KNH___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury   '07 CR 3270 W

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 8, U.S.C., |
| MIGUEL CEDENO-MARTINEZ (1), | ) Sec. 1324(a)(2)(B)(ii) - |
| JONATHAN ASTORGA-MADRIGAL (2), | ) Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., |
| Defendants. | ) Sec. 2 - Aiding and Abetting; Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |

The grand jury charges:

Count 1

On or about November 13, 2007, within the Southern District of California, defendants MIGUEL CEDENO-MARTINEZ and JONATHAN ASTORGA-MADRIGAL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Antonio Garcia-Jimenez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

CJB:em:San Diego
12/4/07

<u>Count 2</u>

On or about November 13, 2007, within the Southern District of California, defendants MIGUEL CEDENO-MARTINEZ and JONATHAN ASTORGA-MADRIGAL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Antonio Garcia-Jimenez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 3</u>

On or about November 13, 2007, within the Southern District of California, defendants MIGUEL CEDENO-MARTINEZ and JONATHAN ASTORGA-MADRIGAL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Salvador Esparza-Casteneda, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

<u>Count 4</u>

On or about November 13, 2007, within the Southern District of California, defendants MIGUEL CEDENO-MARTINEZ and JONATHAN ASTORGA-MADRIGAL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jose Salvador Esparza-Casteneda, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 5</u>

On or about November 13, 2007, within the Southern District of California, defendants MIGUEL CEDENO-MARTINEZ and JONATHAN ASTORGA-MADRIGAL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Angelica Valdez-Legaria, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

Count 6

On or about November 13, 2007, within the Southern District of California, defendants MIGUEL CEDENO-MARTINEZ and JONATHAN ASTORGA-MADRIGAL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Angelica Valdez-Legaria, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: December 4, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

4