```
1  LEE PLUMMER
   California State Bar Number 77783
2  Attorney at Law
   4045 Bonita Rd. #202
3  Bonita, Ca. 91902
   Telephone: (619) 267-1710
4

5  Attorney for Defendant
   Jonathan Astorga Madrigal
6
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE THOMAS WHELAN)

| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-3270-W |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Date: March 10, 2008 |
| | ) | Time: 2:00 P.M. |
| v. | ) | |
| | ) | NOTICE OF MOTIONS AND |
| JONATHAN ASTORGA MADRIGAL, | ) | MOTIONS TO: |
| | ) | 1) COMPEL DISCOVERY; |
| Defendant. | ) | AND |
| | ) | 2) LEAVE TO FILE FURTHER |
| | ) | MOTIONS |
| | ) | |
| | ) | |
| | ) | |

TO:   KAREN HEWITT, UNITED STATES ATTORNEY:

**PLEASE TAKE NOTICE** that on Monday, March 10, 2008, at 2:00 P.M., or as soon thereafter as counsel may be heard, the defendant, Jonathan Astorga Madrigal, by and through counsel, LEE PLUMMER will ask this Court to issue an order granting the motions listed below.

//

//

//                                                             -1-

**MOTIONS**

The defendant, Jonathan Astorga Madrigal, by and through counsel, LEE PLUMMER, asks this Court pursuant to the Fifth and Sixth Amendments, to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes and local rules for an order to:

1) Compel Discovery; and

2) Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: February 11, 2008

/s/ Lee Plummer
Attorney for Defendant

-2-