CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing documents;

NOTICE OF MOTION AND MOTION FOR DISCOVERY AND POINTS AND AUTHORITIES IN SUPPORT OF MOTION

was served pm February 11, 2008 upon the below named parties:

Electronic Mail Notice list

The following are those who are currently on the list to receive email notices for this case

Christina M McCall                    Christina.McCall@usdoj.gov

Robert Rexrode                        robert_rexrode@rexrodelawoffices.com

Date February 11, 2008          /s/ Lee Plummer

                                Attorney for Defendant

                                Jonathan Astorga Madrigal