1  KAREN P. HEWITT
   United States Attorney
2  CHRISTINA M McCALL
   Assistant United States Attorney
3  California State Bar No. 234139
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-6760
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

**FILED**

MAR - 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3270-W |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON** |
| JONATHAN ASTORGA-MADRIGAL (2), | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christina M. McCall, Assistant United States Attorney, and defendant JONATHAN ASTORGA-MADRIGAL, by and through and with the advice and consent of defense counsel, Lee Plummer, Esq., that:

1. Defendant agrees to execute this stipulation on or before the change-of-plea hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to plead guilty to count 4 of the Indictment charging defendant with a non-mandatory minimum count of Transporting Illegal Aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and 18 U.S.C. § 2.

//
//
//

2.  Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government prior to the disposition date set by the Court.

3.  The material witnesses, Juan Antonio Garcia-Jimenez, Jose Salvador Esparza-Casteneda, and Angelica Valdez-Legaria, in this case:

   a.  Are aliens with no lawful right to enter or remain in the United States;

   b.  Entered or attempted to enter the United States illegally on or about November 13, 2007;

   c.  Were guided across the border on foot by Defendant through the southbound vehicle lanes of Interstate 5 and followed Defendant and entered or attempted to enter a vehicle driven by co-defendant, Miguel Cedeno-Martinez, with the intent to further their entrance into the United States;

   d.  Were each paying, or having others pay on their behalf, $2,500 to defendant or others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

   e.  May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

4.  After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

   a.  The stipulated facts set forth above shall be admitted as substantive evidence;

   b.  The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es); and,

   c.  Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Miguel Cedeno-Martinez and Jonathan Astorga-Madrigal            07CR3270-W

1  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted
2  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant
3  waives the right to confront and cross-examine the material witness(es) in this case.

4      5.    By signing this stipulation and joint motion, defendant certifies that defendant has
5  read it (or that it has been read to defendant in defendant's native language). Defendant certifies
6  further that defendant has discussed the terms of this stipulation and joint motion with defense
7  counsel and fully understands its meaning and effect.

8      Based on the foregoing, the parties jointly move the stipulation into evidence and for the
9  immediate release and remand of the above-named material witness(es) to the Department of
10 Homeland Security for return to their country of origin.

11     It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 3/3/08

CHRISTINA M. McCALL
Assistant United States Attorney

Dated: 2/27/08

LEE PLUMMER
Defense Counsel for Jonathan Astorga-Madrigal

Dated: 27/Feb/2008

Jonathan Astorga Madrigal
JONATHAN ASTORGA-MADRIGAL
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Miguel Cedeno-Martinez and Jonathan Astorga-Madrigal        07CR3270-W

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: _3/3/08_ .

_____
United States ~~Magistrate~~ Judge
DISTRICT

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Miguel Cedeno-Martinez and Jonathan Astorga-Madrigal

07CR3270-W