UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

JONATHAN ASTORGA-MADRIGAL
Defendant(s)

CRIMINAL NO. 07CR3270-W

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/~~Magistrate~~ Judge, Thomas J. Whelan

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Angelica Valdes-Nogaria

DATED: 3/3/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk