FILED
APR - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case 07cr3270-W |
| Plaintiff, | ) |
| | ) ORDER |
| | ) TO EXONERATE |
| | ) BOND OF MATERIAL WITNESS |
| v. | ) AND REFUND DEPOSIT TO SURETY |
| MIGUEL CEDENO-MARTINEZ, et al., | ) |
| | ) MATERIAL WITNESS: |
| Defendant. | ) JOSE ESPARZA-CASTENEDA |

## ORDER

**IT IS ORDERED** that bond posed with this Court and deposited with the Clerk of the Court to secure the presence of material witness **JOSE ESPARZA-CASTENEDA** shall be exonerated and the $1500.00 deposited with the Clerk Cashier be returned to the surety:

Benjamin Rodriguez-Salas
8737 Burnet Ave., Apt. 9
North Hills CA 91343

DATED: 4-8-08

_____
United States Judge



**U.S. Department of Homeland Security**
Bureau of Customs and Border Protection
U.S. Border Patrol
Material Witness Coordinator
San Diego Sector

*2411 Boswell Road.*
*Chula Vista, CA 91914*

April 04, 2008

MEMORANDUM FOR: JAMES ALVORD

FROM:   RICARDO PEREZ
        Material Witness Coordinator
        San Diego Sector Prosecutions

SUBJECT:   **Jose Salvador ESPARZA-Castaneda A# 094 946 915**

The above Material Witness self remanded on March 26, 2008 into the custody of the United States Border Patrol. ESPARZA is requesting an immigration hearing and is being held in the custody of the Department of Homeland Security. ESPARZA has fulfilled all requirements as a Material Witness. Please exonerate his bond. If you have any questions, please feel free to contact me.

U.S. Border Patrol
Attn: Material Witness Coordinator
SDC Prosecutions
2411 Boswell Road
Chula Vista, CA 91914
(619) 498-9838

CC: Moises Santos (Pre-Trial Services)

**U.S.A. Vs. Cedeno Martinez**
**Criminal Case # 08 mj 02658**

# UNITED STATES BORDER PATROL
## SAN DIEGO SECTOR PROSECUTIONS UNIT
### 2411 BOSWELL COURT, CHULA VISTA, CA. 91914-3519

## FAX COVER SHEET

 

Date: 4/04/2008

Number of pages including cover sheet: 2

**To:** James C. Alvord

**Attention:** James C. Alvord

**Phone:** (760) - 728-1960

**Fax Phone:** (760) - 728-1921

**CC:**

**From:**
Ricardo Perez
United States Border Patrol
Material Witness Coordinator
San Diego Sector/Prosecutions

**Phone:** (619) - 498 - 9838

**Fax Phone:** (619) - 498 - 9851

**Remarks:** ☐ Urgent   X For your Review   ☐ Reply ASAP   ☐ Please Comment

## PLEASE DELIVER IMMEDIATELY

Fax Coversheet

SDCPROS 11/17/2005