```
                                              FILED
                                            APR - 8 2008
                                        CLERK, U.S. DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA
                                       BY                    DEPUTY
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case 07cr3270-W |
| Plaintiff, | ) |
| | ) **ORDER** |
| | ) **TO EXONERATE** |
| | ) **BOND OF MATERIAL WITNESS** |
| v. | ) **AND REFUND DEPOSIT TO SURETY** |
| MIGUEL CEDENO-MARTINEZ, et al., | ) |
| | ) **MATERIAL WITNESS:** |
| Defendant. | ) **ANGELICA VALDEZ-LEGARIA** |

### ORDER

**IT IS ORDERED** that bond posed with this Court and deposited with the Clerk of the Court to secure the presence of material witness **ANGELICA VALDEZ-LEGARIA** shall be exonerated and the $500.00 deposited with the Clerk Cashier be returned to the surety:

Jorge Lopez
831 E. 33rd Street
Los Angeles CA 90011

DATED: 4-8-08

_____
United States Judge



U.S. Department of Homeland Security
Bureau of Customs and Border Protection
U.S. Border Patrol
Material Witness Coordinator
San Diego Sector

*2411 Boswell Road.*
*Chula Vista, CA 91914*

April 04, 2008

MEMORANDUM FOR: JAMES ALVORD

FROM: RICARDO PEREZ
Material Witness Coordinator
San Diego Sector Prosecutions

SUBJECT: **Angelica VALDEZ-Legaria A# 094 946 916**

The above Material Witness presented herself, on April, 2, 2008, at the United States Embassy in Mexico City, Mexico. VALDEZ' identity was confirmed by United States Government officials. Please exonerate her bond as she has complied with the court order and has remanded back to her country of origin (Mexico). If you have any questions, please feel free to contact me.

U.S. Border Patrol
Attn: Material Witness Coordinator
SDC Prosecutions
2411 Boswell Road
Chula Vista, CA 91914
(619) 498-9838

CC: Moises Santos (Pre-Trial Services)

**U.S.A. Vs. Avalos-Ramirez.**
**Criminal Case # 08 mj 0486**